# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:14-00006 |
| ) | JUDGE SHARP |
| YAHIR LARA ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Set for Plea Hearing (Docket No. 13).

The motion is GRANTED and a plea hearing in this matter is hereby scheduled for Monday, March 17, 2014, at 3:30 p.m.

It is so ORDERED.

*[signature: Kevin H. Sharp]*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE