UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:14-00006 |
| ) | JUDGE SHARP |
| YAHIR LARA ) | |

## O R D E R

Due to a calendar conflict, the sentencing hearing scheduled for April 18, 2014, is hereby rescheduled for Friday, May 9, 2014, at 3:00 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE